UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AMBREA C. PHILLIPS, b/n/k, <br> AUDIE L. PHILLIPS, and <br> AUDIE L. PHILLIPS, individually, <br><br> Plaintiffs, <br><br> v. <br><br> ANDERSON COUNTY BOARD <br> OF EDUCATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:06-CV-35 <br> ) (Shirley) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motion for summary judgment filed by the defendant Anderson County Board of Education. The Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, having rendered a decision on the defendant's motion,

It is **ORDERED** and **ADJUDGED** that the plaintiffs Ambrea C. Phillips, b/n/k, Audie L. Phillips, and Audie L. Phillips, individually, take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Anderson County Board of Education recover of the plaintiffs Ambrea C. Phillips, b/n/k, Audie L. Phillips, and Audie L. Phillips, individually, its costs of action.

Dated at Knoxville, Tennessee, this   19th   day of   December  , 2006.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patricia L. McNutt*
　　　　　　　　　　　　　　　　　　　　　　　PATRICIA L. MCNUTT
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT